APPEAL,TYPE–L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:25–cv–00691–RCL</u>

KINGDOM et al v. TRUMP et al
Assigned to: Judge Royce C. Lamberth
Related Cases:  1:25–cv–00286–RCL
                  1:25–cv–04322–RCL
Cause: 28:1331 Fed. Question: Violation 5th & 8th Amendme

Date Filed: 03/07/2025
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**<u>Plaintiff</u>**

**ALISHEA SOPHIA KINGDOM**
*Reg. No. 13131–089*

represented by **Dale Melchert**
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
510–587–9696
Email: <u>dale@transgenderlawcenter.org</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynly Egyes**
TRANSGENDER LAW CENTER
594 Dean Street
Brooklyn, NY 11238
973–454–6325
Email: <u>lynly@transgenderlawcenter.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Milo Inglehart**
TRANSGENDER LAW CENTER
594 Dean Street
Brooklyn, NY 11238
734–353–0805
Email: <u>milo@transgenderlawcenter.org</u>
*TERMINATED: 09/03/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aditi Shah**
AMERICAN CIVIL LIBERTIES UNION
OF DC
529 14th Street NW
Ste 722
Washington, DC 20045
202–457–0800
Email: <u>ashah@acludc.org</u>
*ATTORNEY TO BE NOTICED*

1

**Corene Thaedra Kendrick**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, DC 20005
202−393−4930
Email: ckendrick@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David C. Fathi**
AMERICAN CIVIL LIBERTIES UNION
915 15th St. N.W.
7th Floor
Washington, DC 20005
202−548−6603
Email: dfathi@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elisa Epstein**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, DC 20005
773−822−9786
Email: eepstein@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Cooper**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
212−549−2584
Fax: 212−549−2650
Email: lcooper@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Li Nowlin−Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad St.
New York, NY 10004
206−348−3163
Email: lnowlin−sohl@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria Morris**
ACLU
915 15th Street NW
Washington, DC 20005
202–548–6607
Email: mmorris@aclu.org
*ATTORNEY TO BE NOTICED*

**Megan Noor**
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
510–587–9696
Email: megan@transgenderlawcenter.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shana Knizhnik**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
917–716–0609
Email: sknizhnik@aclu.org
*ATTORNEY TO BE NOTICED*

**Shawn Thomas Meerkamper**
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
510–587–9696
Email: shawn@transgenderlawcenter.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Krevans Perloff**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
529 14th Street NW
Suite 722
Washington, DC 20045
202–457–0800
Email: mperloff@acludc.org
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**SOLO NICHOLS**                    represented by   **Dale Melchert**
*Reg. No. 16212–040*                                 (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

**Lynly Egyes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Milo Inglehart**
(See above for address)
*TERMINATED: 09/03/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aditi Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Corene Thaedra Kendrick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David C. Fathi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elisa Epstein**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Cooper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Li Nowlin–Sohl**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Noor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shana Knizhnik**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Shawn Thomas Meerkamper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Krevans Perloff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAS KAPULE**                                    represented by   **Dale Melchert**
*Reg. No. 97856–298; on behalf of*                                (See above for address)
*themselves and all others similarly*                             *LEAD ATTORNEY*
*situated*                                                        *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Lynly Egyes**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Milo Inglehart**
                                                                  (See above for address)
                                                                  *TERMINATED: 09/03/2025*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Aditi Shah**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Corene Thaedra Kendrick**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **David C. Fathi**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Elisa Epstein**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Leslie Cooper**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Li Nowlin–Sohl**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Noor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shana Knizhnik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shawn Thomas Meerkamper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Krevans Perloff**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DONALD J. TRUMP**                   represented by   **Jean Lin**
*in his official capacity as President of the*          U.S. DEPARTMENT OF JUSTICE
*United States*                                         Civil Division, Federal Programs Branch
                                                        1100 L Street, NW
                                                        Room 11532
                                                        Washington, DC 20005
                                                        (202) 514–3716
                                                        Fax: (202) 616–8470
                                                        Email: jean.lin@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **M. Jared Littman**
                                                        DOJ–CIV
                                                        1100 L Street NW
                                                        Washington, DC 20005
                                                        202–451–7478
                                                        Email: jared.littman2@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

6

**Alexander James Yun**
U.S. Department of Justice
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202–305–8645
Email: Alex.Yun@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20005
771–217–8107
Email: elizabeth.b.layendecker@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John Robinson**
JACOBSON LAWYERS GROUP
5100 Wisconsin Ave., Suite 310
Washington, DC 20016
732–939–2537
Email: john@jacobsonlawyersgroup.com
*TERMINATED: 04/04/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAMELA J. BONDI**
*in her official capacity as Attorney*
*General of the United States*
*TERMINATED: 04/30/2026*

represented by **Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Jared Littman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander James Yun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*TERMINATED: 04/04/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

7

**WILLIAM W. LOTHROP**
*in his official capacity as Acting Director*
*of the Federal Bureau of Prisons*
*TERMINATED: 04/30/2026*

represented by **Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Jared Littman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander James Yun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*TERMINATED: 04/04/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHRISTOPHER A. BINA**
*in his official capacity as Assistant*
*Director for the Health Services Division*
*of the Federal Bureau of Prisons*

represented by **Jean Lin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Jared Littman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander James Yun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*TERMINATED: 04/04/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DANA R. DIGIACOMO**
*in her official capacity as Acting*
*Assistant Director of the Reentry Services*

represented by **Jean Lin**
(See above for address)
*LEAD ATTORNEY*

*Division of the Federal Bureau of Prisons*          *ATTORNEY TO BE NOTICED*

**M. Jared Littman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander James Yun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*TERMINATED: 04/04/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SHANE SALEM**                    represented by    **Jean Lin**
*in his official capacity as Assistant*                 (See above for address)
*Director of the Correctional Programs*                 *LEAD ATTORNEY*
*Division of the Federal Bureau of Prisons*             *ATTORNEY TO BE NOTICED*

**M. Jared Littman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander James Yun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*TERMINATED: 04/04/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TODD BLANCHE**                    represented by    **M. Jared Littman**
*in his official capacity as Acting Attorney*            (See above for address)
*General of the United States*                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM K. MARSHALL, III**
*in his official capacity as Director of the
Federal Bureau of Prisons*

represented by **M. Jared Littman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**CARLA C. KEYS**
*TERMINATED: 02/19/2026*

represented by **CARLA C. KEYS**
FEDERAL CORRECTIONAL
INSITUTION
P.O. BOX 5000
Oakdale, LA 71463
PRO SE

**Movant**

**JEREMY PINSON**
*TERMINATED: 02/19/2026*

represented by **JEREMY PINSON**
#16267–064
FEDERAL CORRECTIONAL
INSITUTION #1
PO Box 1000
Butner, NC 27509
PRO SE

**Movant**

**ANTONIO CRAWFORD**
*TERMINATED: 02/19/2026*

represented by **ANTONIO CRAWFORD**
Reg. No. 43793–424
METROPOLITAN CORRECTIONAL
CENTER
71 W. Van Burean Street
Chicago, IL 60605
PRO SE

**Movant**

**DAVID SIMPKINS**
*TERMINATED: 02/19/2026*

represented by **DAVID SIMPKINS**
Reg. No. 11208–028
BUTNER MEDIUM
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
BUTNER, NC 27509
PRO SE

**Movant**

**DARNELL NASH**
*TERMINATED: 02/19/2026*

represented by **DARNELL NASH**
Reg. No. 31505–001
COLEMAN II
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1034
COLEMAN, FL 33521

10

PRO SE

**Movant**

**MICHAEL R. DYE**
*TERMINATED: 02/19/2026*

represented by **MICHAEL R. DYE**
Reg. No. 15252–042
BUTNER MEDIUM
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
BUTNER, NC 27509
PRO SE

**Movant**

**ELIJAH STONE**
*TERMINATED: 02/19/2026*

represented by **ELIJAH STONE**
R#21464–032
ASHLAND
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
P.O. BOX 6001
ASHLAND, KY 41105
PRO SE

**Movant**

**WILLIE A. MILTON**
*TERMINATED: 02/19/2026*

represented by **WILLIE A. MILTON**
#561014
Terrell Unit
1300 FM 655 Road
Rosharon, TX 77583
PRO SE

**Movant**

**MICHELLE ALFORD**
*TERMINATED: 02/19/2026*

represented by **MICHELLE ALFORD**
R#05123–017
FAIRTON
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
P.O. BOX 420
FAIRTON, NJ 08320
PRO SE

**Movant**

**OSCAR CONTRERAS AGUILAR**

represented by **OSCAR CONTRERAS AGUILAR**
90039–053
COLEMAN II
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1034

COLEMAN, FL 33521
PRO SE

**Movant**

**JOB GILLETTE**                           represented by   **JOB GILLETTE**
#42591–509
BUTNER MEDIUM
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
BUTNER, NC 27509
PRO SE

**Movant**

**ANDY QUINN GOODALL**                     represented by   **ANDY QUINN GOODALL**
#11502–036
BUTNER MEDIUM
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
BUTNER, NC 27509
PRO SE

**Movant**

**MARISSA HUNT**                           represented by   **MARISSA HUNT**
#70092–097
MCCREARY UNITED STATES
PENITENTIARY
P.O. Box 3000
Pine Knot, KY 42635
PRO SE

**Amicus**

**STATE OF INDIANA**                       represented by   **James Allen Barta**
OFFICE OF THE INDIANA ATTORNEY
GENERAL
302 West Washington Street
IGCS–5th Floor
Indianapolis, IN 46204
317–232–0709
Email: james.barta@atg.in.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF IDAHO**                         represented by   **James Allen Barta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF ALABAMA**                represented by    **James Allen Barta**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF ARKANSAS**               represented by    **James Allen Barta**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF FLORIDA**                represented by    **James Allen Barta**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF ALASKA**                 represented by    **James Allen Barta**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF GEORGIA**                represented by    **James Allen Barta**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF IOWA**                   represented by    **James Allen Barta**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF KANSAS**                 represented by    **James Allen Barta**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF LOUISIANA**              represented by    **James Allen Barta**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **STATE OF MISSISSIPPI** | represented by | **James Allen Barta** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **STATE OF MISSOURI** | represented by | **James Allen Barta** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **STATE OF MONTANA** | represented by | **James Allen Barta** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **STATE OF NEBRASKA** | represented by | **James Allen Barta** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **STATE OF NORTH DAKOTA** | represented by | **James Allen Barta** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **STATE OF OHIO** | represented by | **James Allen Barta** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **STATE OF OKLAHOMA** | represented by | **James Allen Barta** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **STATE OF SOUTH CAROLINA** | represented by | **James Allen Barta** |

(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF SOUTH DAKOTA**                 represented by  **James Allen Barta**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF TEXAS**                        represented by  **James Allen Barta**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF UTAH**                         represented by  **James Allen Barta**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**COMMONWEALTH OF VIRGINIA**              represented by  **James Allen Barta**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF WEST VIRGINIA**                represented by  **James Allen Barta**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF WYOMING**                      represented by  **James Allen Barta**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**COMMONWEALTH OF VIRGINIA**              represented by  **James Allen Barta**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ADCDC−11527728) filed by JAS KAPULE, SOLO NICHOLS, ALISHEA SOPHIA |

| | | |
|---|---|---|
| | | KINGDOM. (Attachments: # 1 Exhibit Implementing Memo 1, # 2 Exhibit Implementing Memo 2, # 3 Civil Cover Sheet, # 4 Related Case Form, # 5 Summons U.S. Att'y Martin, # 6 Summons Def. Bondi, # 7 Summons Def. Trump, # 8 Summons Def. Salem, # 9 Summons Def. Lothrop, # 10 Summons Def. DiGiacomo, # 11 Summons Def. Bina)(Perloff, Michael) (Entered: 03/07/2025) |
| 03/07/2025 | 2 | NOTICE OF RELATED CASE by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. Case related to Case No. 25cv286. (znmw) (Entered: 03/10/2025) |
| 03/10/2025 | | Case Assigned to Judge Royce C. Lamberth. (znmw) (Entered: 03/10/2025) |
| 03/10/2025 | 3 | SUMMONS (7) Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(znmw) (Entered: 03/10/2025) |
| 03/10/2025 | 4 | ERRATA *Refiled Complaint* by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE re 1 Complaint,,. (Attachments: # 1 Errata refiled complaint)(Perloff, Michael) (Entered: 03/10/2025) |
| 03/10/2025 | 5 | NOTICE of Appearance by Maria Morris on behalf of All Plaintiffs (Morris, Maria) (Main Document 5 replaced on 3/10/2025) (zdp). (Entered: 03/10/2025) |
| 03/17/2025 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 3/10/2025. Answer due for ALL FEDERAL DEFENDANTS by 5/9/2025. (Perloff, Michael) (Entered: 03/17/2025) |
| 03/17/2025 | 7 | MOTION for Preliminary Injunction *To Stay Agency Action, and To Provisionally Certify the Class* by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # 1 Memorandum in Support, # 2 Declaration Karasic, # 3 Declaration Thompson, # 4 Declaration Kingdom, # 5 Declaration Nichols, # 6 Declaration Kapule, # 7 Text of Proposed Order)(Perloff, Michael). Added MOTION to Certify Class, MOTION to Stay on 3/18/2025 (znmw). (Entered: 03/17/2025) |
| 03/17/2025 | 8 | MOTION to Certify Class by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # 1 Declaration Perloff, # 2 Declaration Faithi, # 3 Declaration Meerkamper, # 4 Text of Proposed Order)(Perloff, Michael) (Entered: 03/17/2025) |
| 03/19/2025 | 9 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Li Nowlin–Sohl, Filing fee $ 100, receipt number ADCDC–11552458. Fee Status: Fee Paid. by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # 1 Declaration of Li Nowlin–Sohl, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Perloff, Michael) (Entered: 03/19/2025) |
| 03/19/2025 | 10 | Consent MOTION for Extension of Time to File Response/Reply as to 7 MOTION for Preliminary Injunction *To Stay Agency Action, and To Provisionally Certify the Class* MOTION to Certify Class MOTION to Stay by DONALD J. TRUMP, PAMELA J. BONDI, WILLIAM W. LOTHROP, CHRISTOPHER A. BINA, DANA R. DIGIACOMO, SHANE SALEM. (Attachments: # 1 Text of Proposed Order)(Robinson, John) (Entered: 03/19/2025) |
| 03/19/2025 | 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Leslie Cooper, Filing fee $ 100, receipt number ADCDC–11553503. Fee Status: Fee Paid. by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Declaration of Leslie Cooper, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Perloff, Michael) (Attachment 1 replaced on 3/24/2025) (zdp). (Entered: 03/19/2025) |
| 03/19/2025 | 12 | ORDER granting 10 Motion for Extension of Time to File Response as to 7 MOTION for Preliminary Injunction *To Stay Agency Action, and To Provisionally Certify the Class*. Response due by 3/28/2025. Signed by Judge Royce C. Lamberth on 3/19/2025. (lcrcl3) (Entered: 03/19/2025) |
| 03/19/2025 | 13 | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 3/19/2025. (lcrcl3) (Entered: 03/19/2025) |
| 03/19/2025 | 14 | ORDER granting 11 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 3/19/2025. (lcrcl3) (Entered: 03/19/2025) |
| 03/20/2025 | 15 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Milo Inglehart, Filing fee $ 100, receipt number ADCDC–11554572. Fee Status: Fee Paid. by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # 1 Declaration of Milo Inglehart and Certificate of Good Standing, # 2 Text of Proposed Order)(Perloff, Michael) (Entered: 03/20/2025) |
| 03/20/2025 | 16 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Lynly Egyes, Filing fee $ 100, receipt number ADCDC–11554583. Fee Status: Fee Paid. by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # 1 Declaration of Lynly Egyes (and certificate of good standing), # 2 Text of Proposed Order)(Perloff, Michael) (Attachment 1 replaced on 3/24/2025) (zdp). (Entered: 03/20/2025) |
| 03/20/2025 | 17 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– David Fathi, Filing fee $ 100, receipt number ADCDC–11555431. Fee Status: Fee Paid. by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # 1 Declaration of David Fathi, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Morris, Maria) (Attachment 1 replaced on 3/24/2025) (zdp). (Entered: 03/20/2025) |
| 03/20/2025 | 18 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Corene Kendrick, Filing fee $ 100, receipt number ADCDC–11555457. by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # 1 Declaration of Corene Kendrick, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Morris, Maria) Modified docket text on 3/20/2025 (zdp). (Entered: 03/20/2025) |
| 03/20/2025 | | Filing fee received re 18 Motion to Appear Pro Hac: $ 100, receipt number: ADCDC–11555457. (zdp) (Entered: 03/20/2025) |
| 03/25/2025 | 19 | ORDER granting 16 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 3/20/2025. (lcrcl3) (Entered: 03/25/2025) |
| 03/25/2025 | 20 | |

17

| | | ORDER granting <u>15</u> Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** <u>Click for instructions</u>. Signed by Judge Royce C. Lamberth on 3/20/2025. (lcrcl3) (Entered: 03/25/2025) |
|---|---|---|
| 03/25/2025 | <u>21</u> | ORDER granting <u>17</u> Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** <u>Click for instructions</u>. Signed by Judge Royce C. Lamberth on 3/20/2025. (lcrcl3) (Entered: 03/25/2025) |
| 03/25/2025 | <u>22</u> | ORDER granting <u>18</u> Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** <u>Click for instructions</u>. Signed by Judge Royce C. Lamberth on 3/20/2025. (lcrcl3) (Entered: 03/25/2025) |
| 03/26/2025 | <u>23</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Elisa Epstein, Filing fee $ 100, receipt number ADCDC–11567852. Fee Status: Fee Paid. by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # <u>1</u> Declaration of Elisa Epstein, # <u>2</u> Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Morris, Maria) (Entered: 03/26/2025) |
| 03/26/2025 | <u>24</u> | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 03/17/2025. (Perloff, Michael) (Entered: 03/26/2025) |
| 03/26/2025 | <u>25</u> | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WILLIAM W. LOTHROP served on 3/17/2025 (Perloff, Michael) (Entered: 03/26/2025) |
| 03/26/2025 | <u>26</u> | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DONALD J. TRUMP served on 3/25/2025 (Perloff, Michael) (Entered: 03/26/2025) |
| 03/26/2025 | <u>27</u> | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SHANE SALEM served on 3/17/2025 (Perloff, Michael) (Entered: 03/26/2025) |
| 03/26/2025 | <u>28</u> | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CHRISTOPHER A. BINA served on 3/17/2025 (Perloff, Michael) (Entered: 03/26/2025) |
| 03/26/2025 | <u>29</u> | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DANA R. DIGIACOMO served on 3/20/2025 (Perloff, Michael) (Entered: 03/26/2025) |
| 03/27/2025 | <u>30</u> | ORDER granting <u>23</u> Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** <u>Click for instructions</u>. Signed by Judge Royce C. Lamberth on 3/26/2025. (lcrcl3) (Entered: 03/27/2025) |
| 03/27/2025 | <u>31</u> | NOTICE of Appearance by Li Nowlin–Sohl on behalf of All Plaintiffs (Nowlin–Sohl, Li) (Main Document 31 replaced on 3/28/2025) (zdp). (Entered: 03/27/2025) |
| 03/27/2025 | <u>32</u> | NOTICE of Appearance by Leslie Cooper on behalf of All Plaintiffs (Cooper, Leslie) (Main Document 32 replaced on 3/28/2025) (zdp). (Entered: 03/27/2025) |
| 03/28/2025 | <u>33</u> | NOTICE of Appearance by Elisa Epstein on behalf of All Plaintiffs (Epstein, Elisa) (Entered: 03/28/2025) |

| 03/28/2025 | 34 | NOTICE of Appearance by Corene Thaedra Kendrick on behalf of All Plaintiffs (Kendrick, Corene) (Entered: 03/28/2025) |
|---|---|---|
| 03/28/2025 | 35 | NOTICE of Appearance by David C. Fathi on behalf of All Plaintiffs (Fathi, David) (Entered: 03/28/2025) |
| 03/28/2025 | 36 | Memorandum in opposition to re 8 Motion to Certify Class, 7 Motion for Preliminary Injunction,, Motion to Certify Class,, Motion to Stay, filed by DONALD J. TRUMP, PAMELA J. BONDI, WILLIAM W. LOTHROP, CHRISTOPHER A. BINA, DANA R. DIGIACOMO, SHANE SALEM. (Attachments: # 1 Declaration of Chris A Bina, # 2 Exhibit 1 – Program Statement 6010.05, # 3 Text of Proposed Order)(Robinson, John) (Entered: 03/28/2025) |
| 03/28/2025 | 37 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Shawn Thomas Meerkamper, Filing fee $ 100, receipt number ADCDC–11576688. Fee Status: Fee Paid. by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # 1 Declaration of Shawn Thomas Meerkamper, # 2 Text of Proposed Order)(Perloff, Michael) (Entered: 03/28/2025) |
| 03/28/2025 | 38 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Megan Z.F. Noor, Filing fee $ 100, receipt number ADCDC–11576691. Fee Status: Fee Paid. by ALISHEA SOPHIA KINGDOM, SOLO NICHOLS, JAS KAPULE. (Attachments: # 1 Declaration of Megan Z.F. Noor, # 2 Text of Proposed Order)(Perloff, Michael) (Entered: 03/28/2025) |
| 03/31/2025 | 39 | NOTICE of Appearance by Elizabeth Brooke Layendecker on behalf of All Defendants (Layendecker, Elizabeth) (Main Document 39 replaced on 4/1/2025) (zdp). (Entered: 03/31/2025) |
| 04/01/2025 | 40 | NOTICE of Appearance by Alexander James Yun on behalf of All Defendants (Yun, Alexander) (Main Document 40 replaced on 4/1/2025) (zdp). (Entered: 04/01/2025) |
| 04/01/2025 | 41 | NOTICE of Appearance by Lynly Egyes on behalf of All Plaintiffs (Egyes, Lynly) (Main Document 41 replaced on 4/1/2025) (zdp). (Entered: 04/01/2025) |
| 04/01/2025 | 42 | NOTICE of Appearance by Milo Inglehart on behalf of All Plaintiffs (Inglehart, Milo) (Main Document 42 replaced on 4/1/2025) (zdp). (Entered: 04/01/2025) |
| 04/01/2025 | 43 | ENTEREDIN ERROR.....NOTICE of Appearance by James Allen Barta on behalf of STATE OF INDIANA, STATE OF IDAHO, STATE OF ALABAMA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OF ALASKA, STATE OF GEORGIA, STATE OF IOWA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS, STATE OF UTAH, COMMONWEALTH OF VIRGINIA, STATE OF WEST VIRGINIA, STATE OF WYOMING (Barta, James) Modified on 4/2/2025; refiled at docket entry 44 (zdp). (Entered: 04/01/2025) |
| 04/01/2025 | 44 | NOTICE of Appearance by James Allen Barta on behalf of COMMONWEALTH OF VIRGINIA, STATE OF INDIANA, STATE OF IDAHO, STATE OF ALABAMA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OF ALASKA, STATE OF GEORGIA, STATE OF IOWA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF NORTH DAKOTA, STATE OF |

| | | |
|---|---|---|
| | | OHIO, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS, STATE OF UTAH, STATE OF WEST VIRGINIA, STATE OF WYOMING (Barta, James) (Entered: 04/01/2025) |
| 04/01/2025 | 45 | AMICUS BRIEF *in Support of Defendants* by STATE OF INDIANA, STATE OF IDAHO, STATE OF ALABAMA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OF ALASKA, STATE OF GEORGIA, STATE OF IOWA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS, STATE OF UTAH, STATE OF WEST VIRGINIA, STATE OF WYOMING, COMMONWEALTH OF VIRGINIA. (Barta, James) (Entered: 04/01/2025) |
| 04/03/2025 | 46 | NOTICE of Appearance by Shana Knizhnik on behalf of All Plaintiffs (Knizhnik, Shana) (Main Document 46 replaced on 4/4/2025) (zdp). (Entered: 04/03/2025) |
| 04/04/2025 | 47 | MOTION for Leave to File *SUPPLEMENTAL DECLARATIONS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, TO STAY AGENCY ACTION, AND FOR PROVISIONAL CLASS CERTIFICATION* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Exhibit Supplemental Kingdom Declaration, # 2 Exhibit Supplemental Nichols Declaration, # 3 Exhibit Supplemental Kapule Declaration, # 4 Exhibit Supplemental Karasic Declaration, # 5 Exhibit Satyagrahi Declaration, # 6 Exhibit DiCiesare Declaration, # 7 Text of Proposed Order)(Perloff, Michael) (Entered: 04/04/2025) |
| 04/04/2025 | 48 | REPLY to opposition to motion re 7 Motion for Preliminary Injunction,, Motion to Certify Class,, Motion to Stay, filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Perloff, Michael) (Entered: 04/04/2025) |
| 04/04/2025 | 49 | REPLY to opposition to motion re 8 Motion to Certify Class filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Perloff, Michael) (Entered: 04/04/2025) |
| 04/04/2025 | 50 | STIPULATION re 8 MOTION to Certify Class , 7 MOTION for Preliminary Injunction *To Stay Agency Action, and To Provisionally Certify the Class* MOTION to Certify Class MOTION to Stay *Regarding Hearing on the Motions* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Perloff, Michael) (Entered: 04/04/2025) |
| 04/04/2025 | 51 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. Attorney John Robinson terminated. (Robinson, John) (Entered: 04/04/2025) |
| 04/09/2025 | 52 | Consent MOTION for Leave to File *Sur–Reply in Opposition to Plaintiffs' Motion for a Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification* by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Yun, Alexander) (Entered: 04/09/2025) |
| 04/16/2025 | 53 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– James Esseks, Filing fee $ 100, receipt number ADCDC–11620366. Fee Status: Fee Paid. by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Declaration of James Esseks, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Perloff, Michael) (Entered: 04/16/2025) |
| 04/28/2025 | 54 | ORDER: Upon consideration of the plaintiffs' Motion 47 for Leave to File Supplemental Declarations, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the supplemental declarations filed with the plaintiffs' Motion shall be docketed and considered part of the record. Signed by Judge Royce C. Lamberth on 04/28/2025. (lcrcl2) (Entered: 04/28/2025) |
| 04/28/2025 | 55 | ORDER: Upon consideration of the defendants' Consent Motion 52 for Leave to File a Sur–reply, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED. Signed by Judge Royce C. Lamberth on 04/28/2025. (lcrcl2) (Entered: 04/28/2025) |
| 04/28/2025 | 56 | SUPPLEMENTAL DECLARATION by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS re 7 MOTION for Preliminary Injunction *To Stay Agency Action, and To Provisionally Certify the Class* MOTION to Certify Class MOTION to Stay. (Attachments: # 1 Declaration, # 2 Declaration, # 3 Declaration, # 4 Declaration, # 5 Declaration)(zdp) (Entered: 04/29/2025) |
| 04/29/2025 | 57 | Consent MOTION for Extension of Time to File Answer by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(Yun, Alexander) (Entered: 04/29/2025) |
| 05/06/2025 | 58 | ORDER: Upon consideration of the Consent Motion 57 for an Extension of Time to Respond to the Complaint, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the defendants shall respond to the plaintiffs' complaint within three weeks of this Court's ruling on the plaintiffs' Motion 7 for a Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification. Signed by Judge Royce C. Lamberth on 05/06/2025. (lcrcl2) (Main Document 58 replaced on 5/6/2025) (zsmc). (Entered: 05/06/2025) |
| 05/08/2025 | 59 | MOTION for Leave to File *Additional Supplemental Declarations in Support of Plaintiffs' Motion for Preliminary Injunction, To Stay Agency Action, and for Provisional Class Certification* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Exhibit 1 – Declaration of Rebecca–James Meskill, # 2 Exhibit 2 – Declaration of Grace Pinson, # 3 Text of Proposed Order)(Perloff, Michael) (Entered: 05/08/2025) |
| 05/13/2025 | 60 | Consent MOTION for Leave to File *Supplemental Declaration in Response to Plaintiffs' Supplemental Declarations and to File the Declaration Under Seal* by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(Yun, Alexander) (Entered: 05/13/2025) |
| 05/13/2025 | 61 | SEALED DOCUMENT filed by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP re 60 Consent MOTION for Leave to File *Supplemental Declaration in Response to Plaintiffs' Supplemental Declarations and to File the Declaration Under Seal* (This document is SEALED and only available to authorized persons.)(Yun, Alexander) (Entered: 05/13/2025) |
| 05/15/2025 | 62 | |

21

| | | |
|---|---|---|
| | | ORDER: Upon consideration of the plaintiffs' Motion 59 for Leave to File Additional Supplemental Declarations and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the clerk shall docket the declarations filed with the plaintiffs' Motion. Signed by Judge Royce C. Lamberth on 05/14/2025. (lcrcl2) Modified to correct date signed on 5/16/2025 (smc). (Entered: 05/15/2025) |
| 05/15/2025 | 63 | ORDER: Upon consideration of the defendants' Consent Motion 60 for Leave to File Supplemental Declarations, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED. Signed by Judge Royce C. Lamberth on 05/14/2025. (lcrcl2) (Entered: 05/15/2025) |
| 05/15/2025 | 64 | SUPPLEMENTAL DECLARATION by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS re 59 MOTION for Leave to File *Additional Supplemental Declarations in Support of Plaintiffs' Motion for Preliminary Injunction, To Stay Agency Action, and for Provisional Class Certification*. (Attachments: # 1 Declaration)(zdp) (Entered: 05/16/2025) |
| 05/16/2025 | 65 | NOTICE of Appearance by Jean Lin on behalf of All Defendants (Lin, Jean) (Main Document 65 replaced on 5/19/2025) (zdp). (Entered: 05/16/2025) |
| 05/16/2025 | 66 | NOTICE of Appearance by Aditi Shah on behalf of All Plaintiffs (Shah, Aditi) (Main Document 66 replaced on 5/19/2025) (zdp). (Entered: 05/16/2025) |
| 05/18/2025 | | NOTICE of Hearing: Motion Hearing, re: 7 Motion for Preliminary Injunction and 8 Motion to Certify Class, is set for 5/22/2025 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (lcrcl2) (Entered: 05/18/2025) |
| 05/22/2025 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Motion Hearing held on 5/22/2025 re: 7 Motion for Preliminary Injunction and 8 Motion to Certify Class. The Court Heard Oral Arguments From The Parties. (Court Reporter BRYAN WAYNE.) (mac) (Entered: 05/22/2025) |
| 06/03/2025 | 67 | MEMORANDUM OPINION. Signed by Judge Royce C. Lamberth on 6/3/2025. (lcrcl3) (Entered: 06/03/2025) |
| 06/03/2025 | 68 | ORDER granting 7 Motion for Preliminary Injunction; granting 8 Motion to Certify Class. See Order and accompanying Memorandum Opinion for details. Signed by Judge Royce C. Lamberth on 6/3/2025. (lcrcl3) (Entered: 06/03/2025) |
| 06/06/2025 | 69 | TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING before Judge Royce C. Lamberth held on May 22, 2025; Page Numbers: 1–83. Date of Issuance: 6/6/2025. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, |

| | | which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/27/2025. Redacted Transcript Deadline set for 7/7/2025. Release of Transcript Restriction set for 9/4/2025.(Wayne, Bryan) (Entered: 06/06/2025) |
|---|---|---|
| 06/16/2025 | 70 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Letter; Elijah Stone. Reason(s): Filer is not a party to the case. (zdp) (Entered: 06/18/2025) |
| 06/24/2025 | 71 | ANSWER to Complaint by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP.(Yun, Alexander) (Entered: 06/24/2025) |
| 06/27/2025 | 72 | NOTICE of Appearance by M. Jared Littman on behalf of All Defendants (Littman, M.) (Main Document 72 replaced on 6/27/2025) (zdp). (Entered: 06/27/2025) |
| 07/01/2025 | 73 | Joint MOTION for Protective Order by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Proposed Qualified Protective Order)(Kendrick, Corene) (Entered: 07/01/2025) |
| 07/03/2025 | 74 | ORDER: The Court, having reviewed 73 Motion for Qualified Protective Order and the entire record, and finding good cause to grant the request, hereby ORDERS that the motion is GRANTED as set forth herein. Signed by Judge Royce C. Lamberth on 07/03/2025. (Attachments: # 1 Exhibit Sample Agreement) (lcrcl2) (Entered: 07/03/2025) |
| 07/14/2025 | 75 | MOTION to Intervene, MOTION for Injunction, MOTION for Order to Show Cause, MOTION to Compel by CARLA C. KEYS. (zdp) (Entered: 07/16/2025) |
| 07/21/2025 | 76 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Letter; Willie A. Milton. Reason(s): Filer is not a party to the case. (zdp) (Entered: 07/22/2025) |
| 08/04/2025 | 77 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Notice of Letter; Carla Keys. Reason(s): Filer is not a party to the case. (zdp) (Entered: 08/07/2025) |
| 08/08/2025 | 78 | MOTION for Preliminary Injunction *(Renewed)* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Corene T. Kendrick, # 3 Text of Proposed Order)(Kendrick, Corene) (Entered: 08/08/2025) |
| 08/20/2025 | 79 | ORDER: Upon consideration of the plaintiffs' Motion 78 for a Renewed Preliminary Injunction and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the defendants are ENJOINED from implementing Section 4(c) of Executive Order 14168 against any class member from September 1, 2025 to November 30, 2025. See Order for details.Signed by Judge Royce C. Lamberth on 08/20/2025. (lcrcl1) (Entered: 08/20/2025) |
| 08/25/2025 | 81 | MOTION for Leave to File Amended Motion to Intervene by CARLA C. KEYS. (Attachments: # 1 Exhibit)(mg) (Entered: 09/09/2025) |
| 09/03/2025 | 80 | NOTICE of Withdrawal as Attorney by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Inglehart, Milo) Modified event on 9/4/2025 |

| | | |
|---|---|---|
| | | (znmw). (Entered: 09/03/2025) |
| 09/09/2025 | 82 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order)(Perloff, Michael) (Entered: 09/09/2025) |
| 09/15/2025 | 83 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: MICHELLE ALFORD – Motion to Amend Preliminary Injunction Order. Reason(s): Filer is not a party to the case. (znmw) (Entered: 09/17/2025) |
| 09/16/2025 | 85 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: CARLA KEYS – Motion for Partial Summary Judgment. Reason(s): Filer is not a party to the case; Motion to Intervene pending. (znmw) (Entered: 09/19/2025) |
| 09/18/2025 | 86 | MOTION to Intervene by JEREMY PINSON. (znmw) (Entered: 09/19/2025) |
| 09/19/2025 | 84 | MOTION Exemption Pursuant to LCvR 16.3(b)(1) by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Littman, M.) (Entered: 09/19/2025) |
| 09/19/2025 | 87 | MOTION for Scheduling Order *Setting Discovery Schedule* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Text of Proposed Order, # 2 Declaration)(Perloff, Michael) Modified event on 9/22/2025 (znmw). (Entered: 09/19/2025) |
| 10/03/2025 | 88 | NOTICE *of Modified Briefing Schedule* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS re 82 Meet and Confer Statement (Perloff, Michael) (Entered: 10/03/2025) |
| 10/15/2025 | | MINUTE ORDER granting 37 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Royce C. Lamberth on 10/15/2025. (lcrcl1) (Entered: 10/15/2025) |
| 10/15/2025 | | MINUTE ORDER granting 38 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Royce C. Lamberth on 10/15/2025. (lcrcl1) (Entered: 10/15/2025) |
| 10/15/2025 | | MINUTE ORDER granting 53 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Royce C. Lamberth on 10/15/2025. (lcrcl1) (Entered: 10/15/2025) |
| 10/20/2025 | 89 | NOTICE of Appearance by Shawn Thomas Meerkamper on behalf of All Plaintiffs (Meerkamper, Shawn) (Main Document 89 replaced on 10/21/2025) (znmw). (Entered: 10/20/2025) |
| 10/21/2025 | 90 | NOTICE of Appearance by Megan Noor on behalf of All Plaintiffs (Noor, Megan) (Main Document 90 replaced on 10/22/2025) (znmw). (Entered: 10/21/2025) |
| 10/27/2025 | 91 | MOTION to Intervene as Plaintiff by ANTONIO CRAWFORD. (Attachments: # 1 Envelope)(znmw) (Entered: 10/29/2025) |
| 10/27/2025 | 92 | MOTION to Intervene as Plaintiff by DAVID SIMPKINS. (Attachments: # 1 Envelope)(znmw) (Entered: 10/29/2025) |

| 10/31/2025 | 93 | MOTION for Preliminary Injunction *(Renewed)* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Memo ISO Motion for Renewed PI, # 2 Declaration of Corene Kendrick ISO Motion for Renewed PI, # 3 Text of Proposed Order)(Kendrick, Corene) (Entered: 10/31/2025) |
|---|---|---|
| 11/03/2025 | 95 | MOTION to Intervene as Plaintiff by MICHAEL R. DYE. (Attachments: # 1 Envelope)(znmw) (Entered: 11/05/2025) |
| 11/04/2025 | 94 | MOTION to Intervene as Plaintiff by DARNELL NASH. (Attachments: # 1 Exhibit, # 2 Envelope)(znmw) (Entered: 11/05/2025) |
| 11/17/2025 | 96 | ORDER: Upon consideration of the plaintiffs' Motion 93 for a Renewed Preliminary Injunction and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the defendants are ENJOINED from implementing Section 4(c) of Executive Order 14168 against any class member from December 1, 2025 to March 1, 2026. See Order for details. Signed by Judge Royce C. Lamberth on 11/17/2025. (lcrcl1) (Entered: 11/17/2025) |
| 11/18/2025 | | MINUTE ORDER re **70 Request for Leave to File Review, 76 Request for Leave to File Review, 83 Request for Leave to File Review, 85 Request for Leave to File Review.** Leave to file is granted. The Clerk is directed to file the attached documents on the public docket. Signed by Judge Royce C. Lamberth on 11/18/2025. (lcrcl1) (Entered: 11/18/2025) |
| 11/18/2025 | 97 | NOTICE to the Court by ELIJAH STONE (znmw) (Entered: 11/24/2025) |
| 11/18/2025 | 98 | NOTICE of Request for Attorney Information by WILLIE A. MILTON (znmw) (Entered: 11/24/2025) |
| 11/18/2025 | 99 | MOTION to Amend/Correct 68 Order on Motion for Preliminary Injunction, Order on Motion to Certify Class, Order on Motion to Stay by MICHELLE ALFORD. (znmw) (Entered: 11/24/2025) |
| 11/18/2025 | 100 | MOTION for Partial Summary Judgment by CARLA C. KEYS. (znmw) (Entered: 11/24/2025) |
| 11/24/2025 | 101 | ORDER: Plaintiffs' counsel are ORDERED to provide a status report by 12/22/2025. Defendants shall have until 1/12/2026 to respond. See Order for more details. Signed by Judge Royce C. Lamberth on 11/24/2025. (lcrcl1) (Entered: 11/24/2025) |
| 11/25/2025 | 102 | REPLY to opposition to motion re 87 Motion for Scheduling Order filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Perloff, Michael) (Entered: 11/25/2025) |
| 11/25/2025 | 103 | Memorandum in opposition to re 84 MOTION Exemption Pursuant to LCvR 16.3(b)(1) filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Perloff, Michael) (Entered: 11/25/2025) |
| 11/25/2025 | 104 | Memorandum in opposition to re 87 MOTION for Scheduling Order *and in support of 84 MOTION for Exemption Pursuant to LCvR 16.3(b)(1)* filed by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Layendecker, Elizabeth) (Entered: 11/25/2025) |
| 11/25/2025 | 105 | REPLY to opposition to motion re 84 Motion for Miscellaneous Relief filed by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, |

|  |  | WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (See Docket Entry 104 to view document).(znmw) (Entered: 12/01/2025) |
|---|---|---|
| 12/01/2025 | 106 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: OSCAR CONTRERAS AGUILAR – Notice and Motion for Order To Show Cause. Reason(s): Filer is not a party to the case. (znmw) (Entered: 12/09/2025) |
| 12/22/2025 | 107 | STATUS REPORT by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Declaration Declaration of Megan Z. F. Noor, # 2 Declaration Declaration of Grace Pinson, # 3 Declaration Declaration of Mya Dye, # 4 Declaration Declaration of Valerie Simpkins, # 5 Declaration Declaration of Matthew Williamson, # 6 Declaration Declaration of Justine Finley, # 7 Declaration Declaration of Nora Laureano–Guzmn, # 8 Declaration Declaration of Kendall Walker, # 9 Declaration Declaration of James White, # 10 Declaration Declaration of Randi Davis, # 11 Declaration Declaration of Rebecca–James Meskill, # 12 Declaration Declaration of Tiffany Larson, # 13 Declaration Declaration of Gigi Auliyaa, # 14 Declaration Declaration of Ayana Satyagrahi, # 15 Exhibit BOP OGC Kingdom Injunction Compliance Memorandum)(Noor, Megan) (Entered: 12/22/2025) |
| 01/12/2026 | 108 | STATUS REPORT by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Exhibit, # 2 Exhibit)(Layendecker, Elizabeth) (Entered: 01/12/2026) |
| 01/16/2026 | 110 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: JOB GILLETTE – Notice to the Court. Reason(s): Filer is not a party to the case. (Attachments: # 1 Envelope) (znmw) (Entered: 01/28/2026) |
| 01/23/2026 | 109 | MOTION to Compel *Production of the Administrative Record* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Text of Proposed Order)(Shah, Aditi) (Entered: 01/23/2026) |
| 02/02/2026 | 112 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: ANDY GOODALL – Letter. Reason(s): Filer is not a party to the case. (znmw) (Entered: 02/06/2026) |
| 02/05/2026 | 111 | MOTION for Preliminary Injunction *Motion to Extend Preliminary Injunction* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Memorandum in Support Memo of Points and Authorities in Support of Motion to Renew PI, # 2 Declaration Declaration of Corene Kendrick, # 3 Text of Proposed Order [Proposed] Order Granting Motion to Extend PI)(Kendrick, Corene) (Entered: 02/05/2026) |
| 02/06/2026 | 113 | RESPONSE re 109 MOTION to Compel *Production of the Administrative Record* filed by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Littman, M.) (Entered: 02/06/2026) |
| 02/12/2026 | 114 | ORDER granting 111 Motion for Preliminary Injunction. It is ORDERED that Defendants are enjoined from implementing Section 4(c) of Executive Order 14168 against any class member in this action for the period from March 2, 2026 through May 31, 2026. See Order for more details. Signed by Judge Royce C. Lamberth on 2/12/2026. (lcrcl1) (Entered: 02/12/2026) |

| 02/12/2026 | 115 | REPLY to opposition to motion re 109 Motion to Compel *Production of the Administrative Record* filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Knizhnik, Shana) (Entered: 02/12/2026) |
|---|---|---|
| 02/13/2026 | 116 | MOTION for Leave to File *Response to Defendants' Status Report* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Plaintiffs' Response to Defendants' Status Report, # 2 Declaration of Kara Sternquist, # 3 Declaration of Li Nowlin−Sohl and Correspondence with Defendants, # 4 Declaration of Matthew Williamson, # 5 Declaration of Tiffany Larson, # 6 February Declaration of Grace Pinson, # 7 January Declaration of Grace Pinson, # 8 Proposed Order Granting Motion for Leave to File Response to Defendants' Status Report)(Noor, Megan) (Entered: 02/13/2026) |
| 02/13/2026 | 117 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Medical Records, # 2 Proposed Order Granting Motion to File Sealed Document)(Noor, Megan) (Entered: 02/13/2026) |
| 02/13/2026 | 118 | NOTICE by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP re 113 Response to motion (Littman, M.) (Entered: 02/13/2026) |
| 02/17/2026 | 119 | ORDER granting 116 Motion for Leave to File; Setting Status Conference for 2/19/2026 at 11:00 AM in Courtroom 15 – In Person before Judge Royce C. Lamberth. The parties should be prepared to discuss the recent status reports and to argue all other pending motions. Signed by Judge Royce C. Lamberth on 2/17/2026. (lcrcl1) (Main Document 119 replaced on 2/17/2026) (zsmc). (Entered: 02/17/2026) |
| 02/17/2026 | 120 | ORDER granting 117 Sealed Motion for Leave to File Document Under Seal. The medical records that Plaintiffs seek to file under seal shall be under seal. Signed by Judge Royce C. Lamberth on 2/17/2026. (lcrcl1) (Entered: 02/17/2026) |
| 02/17/2026 | 121 | RESPONSE re 108 Status Report filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Declaration, # 2 Declaration, # 3 Declaration, # 4 Declaration, # 5 Declaration, # 6 Declaration)(znmw) (Entered: 02/19/2026) |
| 02/17/2026 | 122 | SEALED DOCUMENT (Medical Records) filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM. re 116 Motion for Leave to File. (This document is SEALED and only available to authorized persons.)(znmw) (Entered: 02/19/2026) |
| 02/18/2026 | | MINUTE ORDER: The court will provide access for the public to telephonically attend the hearing scheduled for February 19, 2026, at 11:00 AM. The hearing can be accessed by dialing the Toll−Free Number: 833−990−9400 (Meeting ID: 720718696). It is hereby ORDERED that the attendees using the public access telephone line shall adhere to the following: persons remotely accessing court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting any court proceedings (including those held by telephone or videoconference). Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the presiding Judge. The public is advised that in the event of technical issues, the public line will be terminated and will not be restored. Given that Court will be actively in session, listeners should not contact chambers should that occur. |

| | | |
|---|---|---|
| | | So Ordered by Judge Royce C. Lamberth on February 18, 2026. (smc) (Entered: 02/18/2026) |
| 02/19/2026 | | Minute Entry for Status Conference (with public access line available) held on 2/19/2026 before Judge Royce C. Lamberth: The matter was before the court for a status conference and argument on the pending motions. Megan Noor, Shana Knizhnik, David C. Fathi, Aditi Shah, Michael K. Perloff, Elisa Epstein, and Leslie Cooper present on behalf of Plaintiffs. M. Jared Littman and Alexander J. Yun present on behalf of Defendants. As stated from the bench, Plaintiffs are ordered to submit a motion to the court contemplating Rule 23(b)(2) notice to class members. Order on other matters forthcoming. (Court Reporter Christine Asif)(mhp) (Entered: 02/19/2026) |
| 02/19/2026 | 123 | ORDER denying 75 Motion to Intervene; denying 75 Motion for Injunction; denying 75 Motion for Order to Show Cause; denying 75 Motion to Compel; denying 81 Motion for Leave to File; denying 84 Motion for Exemption Pursuant to LCvR 16.3(b)(1); denying 86 Motion to Intervene; granting 87 Motion for Scheduling Order; denying 91 Motion to Intervene; denying 92 Motion to Intervene; denying 94 Motion to Intervene; denying 95 Motion to Intervene; denying 99 Motion to Amend/Correct; denying 100 Motion for Partial Summary Judgment; denying 109 Motion to Compel. See Order for more details pertaining to discovery, production of the administrative record for the new BOP policy issued on 2/19/2026, and a motion to provide notice to class members. Signed by Judge Royce C. Lamberth on 2/19/2026. (lcrcl1) (Entered: 02/19/2026) |
| 02/19/2026 | 124 | VACATED PURSUANT TO ORDER ENTERED ON 4/16/2026.....ORDER granting Plaintiffs' Motion for a Protective Order. It is ORDERED that Defendants shall take no actions that harass, intimidate, or otherwise retaliate against witnesses who have provided or will in the future provide the Court information, either via oral testimony or written statements. It is further ORDERED that Defendants shall take no actions that harass, intimidate, or otherwise retaliate against people incarcerated in BOP custody who have filed or will file grievances alleging noncompliance with this Court's preliminary injunction, or who have contacted or will contact class counsel or this Court alleging noncompliance. See Order for more details regarding notice Defendants must provide of this Order to wardens at BOP facilities and to class members. It is further ORDERED that within 30 days, Defendants shall file a written declaration with the Court detailing how this order was conveyed to staff and incarcerated people at all BOP facilities at which class members are incarcerated. Signed by Judge Royce C. Lamberth on 2/19/2026. (lcrcl1) Modified on 4/16/2026 (zsmc). (Entered: 02/19/2026) |
| 02/19/2026 | 125 | NOTICE of New BOP Policy by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. "Let this be filed," signed by Judge Royce C. Lamberth on 2/19/2026. (znmw) (Entered: 02/19/2026) |
| 02/25/2026 | 126 | TRANSCRIPT OF PROCEEDINGS before Judge Royce C. Lamberth held on 2/19/2026; Page Numbers: 1–65. Date of Issuance:2/25/2026. Court Reporter Christine T. Asif, Telephone number 202–354–3247, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced |

above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 3/18/2026. Redacted Transcript Deadline set for 3/28/2026. Release of Transcript Restriction set for 5/26/2026.(Asif, Christine) (Entered: 02/25/2026)

| | | |
|---|---|---|
| 02/25/2026 | 127 | Emergency MOTION for Order to Show Cause *Why Defendants Should Not Be Held in Civil Contempt* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Declaration of Grace Pinson, # 2 Declaration of Elmer Moreno, # 3 Text of Proposed Order)(Perloff, Michael) (Entered: 02/25/2026) |
| 02/26/2026 | | MINUTE ORDER: A Motion Hearing on 127 Plaintiffs' Emergency Motion for Order to Show Cause Why Defendants Should Not Be Held in Civil Contempt is set for 2/26/2026 at 02:30 PM in Courtroom 15 − In Person before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 2/26/2026. (lcrcl1) (Entered: 02/26/2026) |
| 02/26/2026 | | MINUTE ORDER: The court will provide access for the public to telephonically attend the hearing scheduled for today, February 26, 2026, at 2:30 PM. The hearing can be accessed by dialing the Toll−Free Number: 833−990−9400 (Meeting ID: 720718696). It is hereby ORDERED that the attendees using the public access telephone line shall adhere to the following: persons remotely accessing court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting any court proceedings (including those held by telephone or videoconference). Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the presiding Judge. The public is advised that in the event of technical issues, the public line will be terminated and will not be restored. Given that Court will be actively in session, listeners should not contact chambers should that occur. So Ordered by Judge Royce C. Lamberth on February 26, 2026. (smc) (Entered: 02/26/2026) |
| 02/26/2026 | | Minute Entry for Motion Hearing held on 2/26/2026 before Judge Royce C. Lamberth: re 127 Emergency MOTION for Order to Show Cause. For reasons stated on the record, the motion was GRANTED. Order forthcoming from Chambers. Defendant's Response due by 3/3/2026. Show Cause Hearing set for 3/4/2026 at 11:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Court Reporter: Rebecca Monroe. (smc) (Entered: 02/26/2026) |
| 02/26/2026 | 128 | ORDER granting 127 Motion for Order to Show Cause; Response to Show Cause due by 3/3/2026 at 5:00 PM EST. See Order for more details on specific prison officials who are ordered to show cause. It is further ORDERED that a Show Cause Hearing is set for 3/4/2026 at 11:00 AM in Courtroom 15 − In Person before Judge |

| | | |
|---|---|---|
| | | Royce C. Lamberth. It is further ORDERED that Plaintiffs' Oral Motion for a Temporary Restraining Order, made at the hearing on 2/26/2026, is GRANTED IN PART as follows: The Defendants are ORDERED to prepare a detailed plan of the steps they are going to take to protect Grace Pinson and Elmer Moreno from further retaliation. Defendants shall file this plan at the same time as the response to the Order to Show Cause. Signed by Judge Royce C. Lamberth on 2/26/2026. (lcrcl1) (Entered: 02/26/2026) |
| 03/02/2026 | 145 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: MARISSA HUNT – Motion for Preliminary Injunction and Temporary Restraining Order. Reason(s): Filer is not a party to the case. (znmw) (Entered: 03/10/2026) |
| 03/03/2026 | | MINUTE ORDER: The court will provide access for the public to telephonically attend the hearing scheduled for March 4, 2026, at 11:00 AM. The hearing can be accessed by dialing the Toll–Free Number: 833–990–9400 (Meeting ID: 720718696). It is hereby ORDERED that the attendees using the public access telephone line shall adhere to the following: persons remotely accessing court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting any court proceedings (including those held by telephone or videoconference). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the presiding Judge. The public is advised that in the event of technical issues, the public line will be terminated and will not be restored. Given that Court will be actively in session, listeners should not contact chambers should that occur. So Ordered by Judge Royce C. Lamberth on March 3, 2026. (smc) (Entered: 03/03/2026) |
| 03/03/2026 | 129 | RESPONSE TO ORDER TO SHOW CAUSE re 128 Order on Motion for Order to Show Cause,,,, Set/Reset Deadlines,,,, Set/Reset Hearings,,, filed by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Exhibit Garland Declaration (Redacted), # 2 Exhibit Vonville Declaration, # 3 Exhibit Bell Declaration (with attachment(s)), # 4 Exhibit Robinson Declaration (with attachment(s)))(Littman, M.) (Entered: 03/03/2026) |
| 03/03/2026 | 130 | MOTION for Reconsideration re 124 Order,,,, by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Exhibit Garland Declaration (Redacted), # 2 Exhibit Petty Declaration, # 3 Exhibit Bell Declaration (with Attachments(s)), # 4 Exhibit Vonville Declaration, # 5 Exhibit Norris Declaration)(Littman, M.) (Entered: 03/03/2026) |
| 03/03/2026 | 131 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Garland Declaration (Unredacted))(Littman, M.) (Entered: 03/03/2026) |
| 03/03/2026 | 132 | ORDER granting 131 Sealed Motion for Leave to File Document Under Seal. Signed by Judge Royce C. Lamberth on 3/3/2026. (lcrcl1) (Entered: 03/03/2026) |
| 03/03/2026 | 136 | |

| | | |
|---|---|---|
| | | SEALED DOCUMENT (Declaration) filed by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP. re 130 Motion for Reconsideration,. (This document is SEALED and only available to authorized persons.)(znmw) (Entered: 03/05/2026) |
| 03/04/2026 | 133 | MOTION for Reconsideration re 124 Order,,,, *CORRECTED TABLE OF CONTENTS* by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Exhibit Garland Decl. (Redacted), # 2 Exhibit Petty Decl., # 3 Exhibit Bell Decl. (with attachments), # 4 Exhibit Vonville Decl., # 5 Exhibit Norris Decl.)(Littman, M.) (Entered: 03/04/2026) |
| 03/04/2026 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Show Cause Hearing held on 3/4/2026. The Court hears oral argument takes the matter under advisement. The parties, within 14 days, are to meet and confer with regards to ECF 124 , 130 & 133 for reasons set forth on the record. (Court Reporter Sherry Lindsay.) (zcll) (Entered: 03/04/2026) |
| 03/04/2026 | 134 | Emergency MOTION for Extension of Time to *Provide Written Notice of the "Protective Order" of February 19, 2026* by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Littman, M.) (Entered: 03/04/2026) |
| 03/04/2026 | | MINUTE ORDER: If Plaintiffs would like to submit a response to 134 Defendants' Emergency Motion, they are ORDERED to do so by 12:00 PM EST on 3/5/2026. Signed by Judge Royce C. Lamberth on 3/4/2026. (lcrcl1) (Entered: 03/04/2026) |
| 03/04/2026 | 135 | PROPOSED BRIEFING SCHEDULE *on Motion for Reconsideration* by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, SHANE SALEM, DONALD J. TRUMP. (Littman, M.) Modified event title on 3/5/2026 (znmw). (Entered: 03/04/2026) |
| 03/05/2026 | 137 | RESPONSE re 134 Emergency MOTION for Extension of Time to *Provide Written Notice of the "Protective Order" of February 19, 2026* filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Kendrick, Corene) (Entered: 03/05/2026) |
| 03/05/2026 | 138 | NOTICE of Proposed Order by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS re 137 Response to motion (Kendrick, Corene) (Entered: 03/05/2026) |
| 03/05/2026 | 139 | ORDER denying 134 Motion for Extension of Time. See Order for more details. Signed by Judge Royce C. Lamberth on 3/5/2026. (lcrcl1) (Main Document 139 replaced on 3/5/2026) (zsmc). (Entered: 03/05/2026) |
| 03/05/2026 | 140 | ORDER granting 135 Motion for Briefing Schedule; Set/Reset Deadlines: Plaintiffs' response to Defendants' Motion for Reconsideration is due by 3/11/2026. Defendants' reply is due by 3/16/2026. Signed by Judge Royce C. Lamberth on 3/5/2026. (lcrcl1) (Main Document 140 replaced on 3/5/2026) (zsmc). (Entered: 03/05/2026) |
| 03/05/2026 | 141 | NOTICE *of Proposed Discovery Schedule* by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP re 123 Order on Motion to Intervene,,,, Order on Motion for Injunction,,,, Order on Motion for Order to Show Cause,,,, Order on Motion to Compel,,,, Order on Motion for Leave to File,,,, Order on Motion for Miscellaneous |

| | | |
|---|---|---|
| | | Relief,,,,,,,, Order on Motion for Scheduling Order,,,,,,,,,,,,,,,,,, Order on Motion to Amend/Correct,,,, Order on Motion for Partial Summary Judgment,,,,,,, (Littman, M.) (Entered: 03/05/2026) |
| 03/05/2026 | 142 | TRANSCRIPT OF PROCEEDINGS before Judge Royce C. Lamberth held on 2/26/2026; Page Numbers: 1–23. Date of Issuance:3/5/2026. Court Reporter/Transcriber Rebecca Monroe, email: rebecca_monroe@dcd.uscourts.gov, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/26/2026. Redacted Transcript Deadline set for 4/5/2026. Release of Transcript Restriction set for 6/3/2026.(Monroe, Rebecca) (Entered: 03/05/2026) |
| 03/05/2026 | 143 | TRANSCRIPT OF PROCEEDINGS before Judge Royce C. Lamberth held on 3/4/2026; Page Numbers: 1–45. Date of Issuance:3/5/2026. Court Reporter: Sherry Lindsay, Email: sherry_lindsay@dcd.uscourts.gov, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/26/2026. Redacted Transcript Deadline set for 4/5/2026. Release of Transcript Restriction set for 6/3/2026.(stl) (Entered: 03/05/2026) |
| 03/05/2026 | 144 | NOTICE *of Proposed Discovery Schedule and Plan* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS re 123 Order on Motion to Intervene,,,, Order on Motion for Injunction,,,, Order on Motion for Order to Show Cause,,,, Order on Motion to Compel,,,, Order on Motion for Leave to File,,,, Order on Motion for Miscellaneous Relief,,,,,,,, Order on Motion for Scheduling Order,,,,,,,,,,,,,,,,,, Order on Motion to Amend/Correct,,,, Order on Motion for Partial Summary |

| | | |
|---|---|---|
| | | Judgment,,,,,,, (Knizhnik, Shana) (Entered: 03/05/2026) |
| 03/11/2026 | | MINUTE ORDER re **112 Request for Leave to File Review; 110 Request for Leave to File Review; 145 Request for Leave to File Review; 106 Request for Leave to File Review.** Leave to file is granted. The Clerk is directed to file the attached document on the public docket. Signed by Judge Royce C. Lamberth on 3/11/2026. (lcrcl1) (Entered: 03/11/2026) |
| 03/11/2026 | 146 | RESPONSE re 130 MOTION for Reconsideration re 124 Order,,,, filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Exhibit 1 – Declaration of Grace Pinson, # 2 Exhibit 2 – Declaration of Elmer Armando Moreno, # 3 Text of Proposed Order)(Kendrick, Corene) (Entered: 03/11/2026) |
| 03/11/2026 | 147 | MOTION for Order to Show Cause by OSCAR CONTRERAS AGUILAR. (znmw) (Entered: 03/12/2026) |
| 03/11/2026 | 148 | NOTICE to the Court by JOB GILLETTE (Attachments: # 1 Envelope)(znmw) (Entered: 03/12/2026) |
| 03/11/2026 | 149 | NOTICE to the Court by ANDY QUINN GOODALL (znmw) (Entered: 03/12/2026) |
| 03/11/2026 | 150 | MOTION for Preliminary Injunction, MOTION for Temporary Restraining Order, MOTION to Appoint Counsel, MOTION for Leave to Proceed in forma pauperis by MARISSA HUNT. (znmw) (Entered: 03/12/2026) |
| 03/12/2026 | 151 | ADMINISTRATIVE RECORD by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Layendecker, Elizabeth) (Entered: 03/12/2026) |
| 03/16/2026 | 152 | REPLY to opposition to motion re 133 Motion for Reconsideration, filed by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Exhibit Incident Report)(Littman, M.) (Entered: 03/16/2026) |
| 03/18/2026 | | MINUTE ORDER: The parties are ORDERED to file a Joint Status Report by 3/19/2026 at 5:00 PM detailing their efforts to meet and confer about possible revisions to the February 19, 2026 Nonretaliation Order. Signed by Judge Royce C. Lamberth on 3/18/2026. (lcrcl1) (Entered: 03/18/2026) |
| 03/19/2026 | 153 | Joint STATUS REPORT by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Kendrick, Corene) (Entered: 03/19/2026) |
| 03/20/2026 | | MINUTE ORDER: In response to the parties' 153 Joint Status Report, an updated Joint Status Report is ORDERED to be produced no later than 3/27/2026. Signed by Judge Royce C. Lamberth on 3/20/2026. (lcrcl1) (Entered: 03/20/2026) |
| 03/23/2026 | 154 | DECLARATION *of Criste Dickson* by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP re 124 Order,,,,. (Littman, M.) (Entered: 03/23/2026) |
| 03/23/2026 | 158 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: ROBERT E. SPIKER – Motion for Preliminary/Permanent Injunction and Protective Order. Reason(s): Filer is not a party to the case. (znmw) (Entered: 03/30/2026) |
| 03/25/2026 | 155 | |

| | | |
|---|---|---|
| | | Letter from ROBERT E. SPIKER. "Let this be filed." Signed by Judge Royce C. Lamberth on 3/25/2026. (znmw) (Entered: 03/25/2026) |
| 03/27/2026 | 156 | MOTION for Order *to Direct Notice to Class Members* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Exhibit Class Notice English Version, # 2 Exhibit Class Notice Spanish Version, # 3 Text of Proposed Order)(Shah, Aditi) (Entered: 03/27/2026) |
| 03/27/2026 | 157 | Joint STATUS REPORT by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Kendrick, Corene) (Entered: 03/27/2026) |
| 03/30/2026 | 159 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: STEVEN BRZEZINSKI – Letter. Reason(s): Filer is not a party to the case. (No received stamp supplied by mailroom). (znmw) (Entered: 03/30/2026) |
| 03/31/2026 | | MINUTE ORDER: The parties are ORDERED to file a Joint Status Report by 4/1/2026 at 5:00 PM detailing their efforts to meet and confer about possible revisions to the February 19, 2026 Nonretaliation Order. Signed by Judge Royce C. Lamberth on 3/31/2026. (lcrcl1) (Entered: 03/31/2026) |
| 03/31/2026 | 162 | NOTICE to the Court and Change of Address by MARISSA HUNT (znmw) (Entered: 04/02/2026) |
| 04/01/2026 | 160 | MOTION to Quash *Preliminary Injunction* by CHRISTOPHER A. BINA, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Exhibit Administrative Record, # 2 Exhibit Memorandum on PS 5260.01, # 3 Exhibit Declaration of Dr. Kaliebe)(Littman, M.) (Entered: 04/01/2026) |
| 04/01/2026 | 161 | Joint STATUS REPORT by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit Defendants' Proposed Process, # 3 Exhibit Plaintiffs' Proposed Process, # 4 Exhibit Plaintiffs' Redline of Defendants' Proposed Process)(Littman, M.) (Entered: 04/01/2026) |
| 04/03/2026 | 163 | ORDER setting Discovery Schedule. It is hereby ORDERED that: Defendants shall provide initial disclosures by 4/24/2026; Written discovery requests shall be served no later than 6/22/2026, and completed by 7/23/2026; Non–expert depositions shall be completed by 9/21/2026; Fact discovery shall close by 9/21/2026, and shall apply to the development and implementation of Executive Order 14168 and the original BOP Implementing Memoranda; Designation of trial experts and Rule 26(a)(2) disclosures shall be due by 10/5/2026; Rebuttal expert reports (if any) shall be due by 11/9/2026; Expert depositions shall be completed by 12/3/2026; Dispositive motions shall be filed by 1/21/2027 with responses due by 2/11/2027, and replies due by 2/25/2027. See Order for more details. Signed by Judge Royce C. Lamberth on 4/3/2026. (lcrcl1) (Entered: 04/03/2026) |
| 04/05/2026 | 164 | RESPONSE re 156 MOTION for Order *to Direct Notice to Class Members* filed by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Littman, M.) (Entered: 04/05/2026) |
| 04/06/2026 | 165 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: MARRISSA HUNT – Two Notices/Letters to the Court. Reason(s): Filer is not a party to the case. (znmw) (Additional attachment(s) added on 4/8/2026: # 1 Notice) (znmw). Modified on 4/8/2026 (znmw). (Entered: 04/08/2026) |

| 04/10/2026 | 166 | MOTION to Stay re 160 MOTION to Quash *Preliminary Injunction* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Text of Proposed Order)(Nowlin–Sohl, Li) (Entered: 04/10/2026) |
| 04/10/2026 | 167 | REPLY to opposition to motion re 156 Motion for Order, *to Direct Notice to Class Members* filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Shah, Aditi) (Entered: 04/10/2026) |
| 04/13/2026 | 168 | Memorandum in opposition to re 166 MOTION to Stay re 160 MOTION to Quash *Preliminary Injunction* filed by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP. (Layendecker, Elizabeth) (Entered: 04/13/2026) |
| 04/13/2026 | 169 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: BRANDY CHARLES – Motion for Protection. Reason(s): Filer is not a party to the case. (Attachments: # 1 Letter, # 2 Envelope) (znmw) (Entered: 04/15/2026) |
| 04/15/2026 | 170 | ORDER granting 166 Motion to Stay Plaintiffs' Deadline to Respond to 160 Defendants' Motion to Quash the Preliminary Injunction. Set/Reset Deadlines: Plaintiffs' motion for leave to file a supplemental complaint and motion for an updated preliminary injunction is due by 4/29/2026. Defendants' opposition to the motion for an updated preliminary injunction shall be due 5/13/2026, or two weeks after Plaintiffs' motion for an updated preliminary injunction, whichever is earlier. Plaintiffs' reply, if any, shall be due 5/20/2026, or one week after Defendants' opposition to the motion for an updated preliminary injunction, whichever is earlier. Signed by Judge Royce C. Lamberth on 4/15/2026. (lcrcl1) (Entered: 04/15/2026) |
| 04/15/2026 | 171 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Dale Melchert, Filing fee $ 100, receipt number ADCDC–12363797. Fee Status: Fee Paid. by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Text of Proposed Order, # 2 Declaration, # 3 Exhibit Certificate of Good Standing)(Perloff, Michael) (Entered: 04/15/2026) |
| 04/16/2026 | 172 | ORDER: For the reasons stated in the attached Memorandum Order, the February 19 Protective Order 124 is VACATED, the revised Protective Order [161–1] and Plaintiffs' Process [161–3] for resolving claims of retaliation are ADOPTED, the Defendants' Motion for Reconsideration at 130 and 133 is DENIED AS MOOT, and the Order to Show Cause 127 is DISCHARGED. See Order for more details. The revised Protective Order and Process for resolving claims of retaliation will be entered as a separate docket entry. Signed by Judge Royce C. Lamberth on 4/16/2026. (lcrcl1) (Entered: 04/16/2026) |
| 04/16/2026 | 173 | ORDER: Pursuant to the Memorandum Order at 172 , the revised Protective Order and attached Process for Resolution of Allegations of Retaliation are hereby ADOPTED. Signed by Judge Royce C. Lamberth on 4/16/2025. (Attachments: # 1 Process for Resolution of Allegations of Retaliation) (lcrcl1) (Entered: 04/16/2026) |
| 04/16/2026 | 175 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: XAVIER LEE JONES – Motion to Present Evidence. Reason(s): Filer is not a party to the case. (znmw) (Entered: 04/28/2026) |
| 04/20/2026 | 176 | NOTICE to the Court by MARISSA HUNT re 150 Motion for Preliminary Injunction, Motion for TRO, Motion to Appoint Counsel, Motion for Leave to Proceed in forma pauperis (znmw) (Entered: 04/29/2026) |

| 04/21/2026 | | MINUTE ORDER granting <u>171</u> Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** <u>Click for instructions</u>. Signed by Judge Royce C. Lamberth on 4/21/2026. (lcrcl1) (Entered: 04/21/2026) |
|---|---|---|
| 04/21/2026 | <u>177</u> | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: AUSTIN STAFFORD – Letter. Reason(s): Filer is not a party to the case. (znmw) (Entered: 04/29/2026) |
| 04/22/2026 | <u>174</u> | NOTICE of Appearance by Dale Melchert on behalf of All Plaintiffs (Melchert, Dale) (Entered: 04/22/2026) |
| 04/29/2026 | <u>178</u> | Consent MOTION for Leave to File *Supplemental Complaint* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # <u>1</u> Exhibit Supplemental Complaint, # <u>2</u> Text of Proposed Order)(Knizhnik, Shana) (Entered: 04/29/2026) |
| 04/29/2026 | <u>179</u> | MOTION for Preliminary Injunction by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # <u>1</u> Memorandum in Support of Plaintiffs' Motion for an Updated Preliminary Injunction and to Stay Agency Action, # <u>2</u> Exhibit Declaration of Dr. Dan H. Karasic (Third Karasic Decl.), # <u>3</u> Exhibit Declaration of Dr. Ole–Petter Hamnvik (Hamnvik Decl.), # <u>4</u> Exhibit Declaration of Dr. Cathy Thompson (Second Thompson Decl.), # <u>5</u> Exhibit Declaration of Leslie Cooper and Ex. A (Kaliebe Tr.), # <u>6</u> Exhibit Declaration of Alishea Kingdom (Third Kingdom Decl.), # <u>7</u> Exhibit Declaration of Solo Nichols (Third Nichols Decl.), # <u>8</u> Exhibit Declaration of Jas Kapule (Third Kapule Decl.), # <u>9</u> Text of Proposed Order)(Knizhnik, Shana). Added MOTION to Stay on 4/30/2026 (znmw). (Entered: 04/29/2026) |
| 04/30/2026 | <u>180</u> | ORDER granting <u>178</u> Motion for Leave to File Supplemental Complaint. It is ORDERED that the Supplemental Complaint attached as Exhibit A to Plaintiffs' Motion is deemed FILED. Signed by Judge Royce C. Lamberth on 4/30/2026. (lcrcl1) (Entered: 04/30/2026) |
| 04/30/2026 | <u>182</u> | SUPPLEMENTAL COMPLAINT against DANA R. DIGIACOMO, SHANE SALEM, DONALD J. TRUMP, TODD BLANCHE, CHRISTOPHER A. BINA, WILLIAM K. MARSHALL, III filed by SOLO NICHOLS, ALISHEA SOPHIA KINGDOM, JAS KAPULE.(znmw) (Entered: 05/01/2026) |
| 05/01/2026 | <u>181</u> | DECLARATION *of Criste Dickson* by CHRISTOPHER A. BINA, PAMELA J. BONDI, DANA R. DIGIACOMO, WILLIAM W. LOTHROP, SHANE SALEM, DONALD J. TRUMP re <u>173</u> Order,. (Littman, M.) (Entered: 05/01/2026) |
| 05/04/2026 | <u>183</u> | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: DONTAY REESE – Notice and Request. Reason(s): Filer is not a party to the case. (znmw) (Entered: 05/07/2026) |
| 05/04/2026 | <u>184</u> | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: MARRISSA HUNT – Change of Address and Letter. Reason(s): Filer is not a party to the case. (Attachments: # <u>1</u> Letter) (znmw) (Entered: 05/07/2026) |
| 05/08/2026 | <u>185</u> | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: NATHANIEL WATSON & GEORGE LEROY CLOWERS – Motion for Protective Order. Reason(s): Filers are not a party to the case. (znmw) (Entered: 05/12/2026) |

| 05/11/2026 | 196 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: DONTAY L. REESE – Notice to the Court. Reason(s): Filer is not a party to the case. (znmw) (Entered: 05/21/2026) |
|---|---|---|
| 05/11/2026 | 197 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: MARRISSA HUNT – Notice to the Court. Reason(s): Filer is not a party to the case. (znmw) (Entered: 05/21/2026) |
| 05/13/2026 | 186 | Memorandum in opposition to re 179 MOTION for Preliminary Injunction MOTION to Stay filed by CHRISTOPHER A. BINA, TODD BLANCHE, SHANE SALEM, DONALD J. TRUMP. (Attachments: # 1 Exhibit Administrative Record excerpts, part 1, # 2 Exhibit Administrative Record excerpts, part 2, # 3 Exhibit Declaration of Elizabete M. Stahl, BOP Medical Director)(Littman, M.) (Entered: 05/13/2026) |
| 05/13/2026 | 187 | MOTION for Summary Judgment *and Memorandum of Law in Support Thereof* by CHRISTOPHER A. BINA, TODD BLANCHE, DANA R. DIGIACOMO, WILLIAM K. MARSHALL, III, DONALD J. TRUMP. (Attachments: # 1 Exhibit Administrative Record excerpts, part 1, # 2 Exhibit Administrative Record excerpts, part 2, # 3 Exhibit Declaration of Elizabete M. Stahl, BOP Medical Director, # 4 Statement of Facts, # 5 Text of Proposed Order)(Littman, M.) (Entered: 05/13/2026) |
| 05/13/2026 | 188 | MOTION for Preliminary Injunction *Motion to Extend Preliminary Injunction* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Memorandum in Support of Motion to Extend PI, # 2 Granting Motion to Extend PI)(Nowlin–Sohl, Li) (Entered: 05/13/2026) |
| 05/13/2026 | 189 | MOTION to Expedite re 188 MOTION for Preliminary Injunction *Motion to Extend Preliminary Injunction* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Text of Proposed Order on Consent Motion to Expedite Briefing on Plaintiffs' Motion to Extend Preliminary Injunction)(Nowlin–Sohl, Li) (Entered: 05/13/2026) |
| 05/14/2026 | 190 | MOTION to Stay *Discovery Pending Disposition of Defendants Motion for Summary Judgment, or in the Alternative, to Extend the Discovery Response Deadline by 30 Day* by CHRISTOPHER A. BINA, TODD BLANCHE, DANA R. DIGIACOMO, WILLIAM K. MARSHALL, III, SHANE SALEM, DONALD J. TRUMP. (Littman, M.). Added MOTION for Extension of Time to Complete Discovery on 5/17/2026 (znmw). (Entered: 05/14/2026) |
| 05/14/2026 | 191 | ORDER granting 189 Motion to Expedite; Set/Reset Deadlines: Defendants' Response is due by 5/20/2026; Plaintiffs' Reply is due by 5/25/2026. See Order for more details. Signed by Judge Royce C. Lamberth on 5/14/2026. (lcrcl1) (Entered: 05/14/2026) |
| 05/20/2026 | 192 | RESPONSE re 188 MOTION for Preliminary Injunction *Motion to Extend Preliminary Injunction* filed by CHRISTOPHER A. BINA, TODD BLANCHE, DANA R. DIGIACOMO, WILLIAM K. MARSHALL, III, SHANE SALEM, DONALD J. TRUMP. (Littman, M.) (Entered: 05/20/2026) |
| 05/20/2026 | 193 | Unopposed MOTION for Leave to File *Supplemental Declarations* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Exhibit Karasic Rebuttal Decl, # 2 Exhibit Thompson Rebuttal Decl, # 3 Text of Proposed Order)(Perloff, Michael) (Entered: 05/20/2026) |
| 05/20/2026 | 194 | |

| | | |
|---|---|---|
| | | REPLY to opposition to motion re 179 Motion for Preliminary Injunction,,,, Motion to Stay,,, filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Perloff, Michael) (Entered: 05/20/2026) |
| 05/21/2026 | 195 | ORDER granting 193 Motion for Leave to File. Signed by Judge Royce C. Lamberth on 5/21/2026. (lcrcl1) (Entered: 05/21/2026) |
| 05/21/2026 | | MINUTE ORDER: A hearing on Plaintiffs' 179 Motion for Preliminary Injunction is set for 5/27/2026 at 11:00 AM in Courtroom 15 – In Person (Audio Line Available) before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 5/21/2026. (lcrcl1) (Entered: 05/21/2026) |
| 05/21/2026 | | MINUTE ORDER: The court will provide access for the public to telephonically attend the hearing scheduled for May 27, 2026, at 11:00 AM. The hearing can be accessed by dialing the Toll–Free Number: 833–990–9400 (Meeting ID: 720718696). It is hereby ORDERED that the attendees using the public access telephone line shall adhere to the following: persons remotely accessing court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting any court proceedings (including those held by telephone or videoconference). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the presiding Judge. The public is advised that in the event of technical issues, the public line will be terminated and will not be restored. Given that Court will be actively in session, listeners should not contact chambers should that occur. So Ordered by Judge Royce C. Lamberth on May 21, 2026. (smc) (Entered: 05/21/2026) |
| 05/21/2026 | 201 | SUPPLEMENTAL DECLARATIONS by All Plaintiffs re 188 MOTION for Preliminary Injunction *Motion to Extend Preliminary Injunction*. (Attachments: # 1 Declaration)(znmw) (Entered: 05/26/2026) |
| 05/22/2026 | 198 | MOTION for Extension of Time to File Response/Reply as to 190 MOTION for Extension of Time to Complete Discovery MOTION to Stay *Discovery Pending Disposition of Defendants Motion for Summary Judgment, or in the Alternative, to Extend the Discovery Response Deadline by 30 Day*, 187 MOTION for Summary Judgment *and Memorandum of Law in Support Thereof* by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Attachments: # 1 Text of Proposed Order)(Nowlin–Sohl, Li) (Entered: 05/22/2026) |
| 05/25/2026 | 199 | REPLY to opposition to motion re 188 Motion for Preliminary Injunction, *Motion to Extend Preliminary Injunction* filed by JAS KAPULE, ALISHEA SOPHIA KINGDOM, SOLO NICHOLS. (Nowlin–Sohl, Li) (Entered: 05/25/2026) |
| 05/26/2026 | 200 | ORDER granting 198 Motion for Extension of Time to File Response/Reply. Plaintiffs' combined response to Defendants' 187 Motion for Summary Judgment, and 190 Motion to Stay Discovery shall be due 6/17/2026. Signed by Judge Royce C. Lamberth on 5/26/2026. (lcrcl1) (Entered: 05/26/2026) |
| 05/26/2026 | 202 | ORDER granting 188 Motion for Renewed Preliminary Injunction. It is ORDERED that Defendants are enjoined from implementing Section 4(c) of Executive Order 14168 against any class member in this action for a period (not to exceed 90 days) beginning June 1, 2026 and ending fourteen calendar days following this Court's resolution of Plaintiffs' pending 179 Motion for an Updated Preliminary Injunction. See Order for more details. Signed by Judge Royce C. Lamberth on 5/26/2026. |

| | | |
|---|---|---|
| | | (lcrcl1) (Entered: 05/26/2026) |
| 05/27/2026 | | Minute Entry for Motion Hearing held on 5/27/2026 before Judge Royce C. Lamberth: re 179 MOTION for Preliminary Injunction. Oral Arguments heard and TAKEN UNDER ADVISEMENT. Court Reporter: Tim Miller. (smc) (Entered: 05/27/2026) |
| 05/27/2026 | 203 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 202 Order on Motion for Preliminary Injunction,, by CHRISTOPHER A. BINA, TODD BLANCHE, WILLIAM W. LOTHROP, WILLIAM K. MARSHALL, III, SHANE SALEM, DANA R. DIGIACOMO, DONALD J. TRUMP, PAMELA J. BONDI. Fee Status: No Fee Paid. (Layendecker, Elizabeth) (Entered: 05/27/2026) |
| 05/27/2026 | 204 | MOTION to Stay re 202 Order on Motion for Preliminary Injunction,, *Pending Appeal* by CHRISTOPHER A. BINA, TODD BLANCHE, DANA R. DIGIACOMO, WILLIAM K. MARSHALL, III, DONALD J. TRUMP. (Littman, M.) (Entered: 05/27/2026) |
| 05/27/2026 | | MINUTE ORDER: Plaintiffs' response to Defendants' 204 Motion for a Stay is due by 6/1/2026. Defendants' Reply is due by 6/3/2026. Signed by Judge Royce C. Lamberth on 5/27/2026. (lcrcl3) (Entered: 05/27/2026) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALISHEA KINGDOM, *et al.*, | |
| Plaintiffs, | Civ. A. No. 25-691 (RCL) |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEAL**

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's May 26, 2026, Order granting Plaintiffs' Motion for Renewed Preliminary Injunction (ECF No. 202).

Dated: May 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | Case No. 1:25-cv-00691-RCL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION |

This Court entered a preliminary injunction in this case on June 3, 2025. ECF No. 67 [*Kingdom v. Trump*, 2025 WL 1568238 (D.D.C. June 3, 2025)]. On August 20, 2025, the Court extended the injunction for 90 days, to run from September 1 to November 30, 2025, as required by the Prison Litigation Reform Act's ("PLRA") plain language. 18 U.S.C. § 3626(a)(2) (preliminary relief "shall automatically expire on the date that is 90 days after its entry unless the court . . . makes the order final before the expiration of the 90-day period."). *See* ECF No. 79 (extending the PI). On November 17, 2025, the Court extended the injunction for another 90 days, to run from December 1, 2025, to March 1, 2026. *See* ECF No. 96. On February 5, 2026 the Court extended the injunction for another 90 days, to run from March 2, 2026, to May 31, 2026. *See* ECF No. 114.

On February 19, 2026, BOP issued Program Statement 5260.01 (the "Program Statement"), ECF No. 125, which formed the basis of BOP's April 1, 2026 motion to dissolve the preliminary injunction, *see* ECF No. 160. Plaintiffs moved on April 10, 2026, to stay briefing on the motion to dissolve in order to allow Plaintiffs the opportunity to file a supplemental complaint and motion for an updated preliminary injunction addressing the Program Statement, ECF No. 166, which this Court granted on April 15, 2026, setting the briefing schedule requested by Plaintiffs, *see* ECF No.

1

170. Plaintiffs filed a supplemental complaint and motion for updated preliminary injunction on April 29, 2026. ECF Nos. 178, 179. Defendants filed their opposition to Plaintiffs' motion for an updated preliminary injunction on May 13, 2026. ECF No. 186. Plaintiffs' motion for an updated preliminary injunction has not yet been decided.

On May 13, 2026, Plaintiffs moved the Court to renew this preliminary injunction for a period (not to exceed 90 days) beginning June 1, 2026, and ending fourteen calendar days after the Court's decisions with respect to the Pending Preliminary Injunction Motions. *See* ECF No. 188. Defendants oppose the motion. *Id.*

Although there are new factual circumstances in this case, as detailed in the Pending Preliminary Injunction Motions and Supplemental Complaint, *see* ECF Nos. 160, 178, 179, none necessitate a reassessment at this juncture of this Court's prior holding that the Plaintiffs have met their burden for preliminary injunctive relief or require a reevaluation of that relief pending disposition of the Pending Preliminary Injunction Motions. Further, it is in the interest of justice and judicial economy to briefly extend this preliminary injunction while the Court is deciding the pending motion for an updated preliminary injunction.

Furthermore, district courts—including this one—regularly renew or extend preliminary relief for additional periods under the Prison Litigation Reform Act while litigation on the merits of a case continue. *See* ECF Nos. 79, 96, 114; *Doe v. Blanche*, 172 F.4th 901, 912 (D.C. Cir. 2026) (noting BOP's agreement "that section 3626(a)(2) does not limit a district court's ability to issue a new preliminary injunction at the end of the ninety-day period set forth in that statute" and that "every court of appeals that has reached the issue agrees" (quotations omitted)); *Smith v. Edwards*, 88 F.4th 1119, 1125 (5th Cir. 2023) ("Though a preliminary injunction entered under the PLRA otherwise automatically expires ninety days after entry, the injunction may be extended by the

2

district court if it makes the requisite findings."); *Mayweathers v. Newland*, 258 F.3d 930, 935 (9th Cir. 2001) ("Nothing in the statute limits the number of times a court may enter preliminary relief. … the provision simply imposes a burden on plaintiffs to continue to prove that preliminary relief is warranted."); *see also Alloway v. Hodge*, 72 F.App'x 812, 817 (10th Cir. 2003) (unpublished) (renewal of preliminary injunction that expired under the PLRA is not an abuse of discretion).

Therefore, upon consideration of Plaintiffs' Motion for Renewed Preliminary Injunction, ECF No. __188__ , it is **ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that the Defendants are enjoined from implementing Section 4(c) of Executive Order 14168 against any class member in this action, as defined at ECF No. 67 at 27, for a period (not to exceed 90 days) beginning June 1, 2026 and ending fourteen calendar days following this Court's resolution of Plaintiffs' pending Motion for an Updated Preliminary Injunction; and it is further

**ORDERED** that BOP is required to restore and maintain access to those treatment modalities for those who previously received them pursuant to a prescription rendered by BOP staff. If BOP medical personnel subsequently determine that an existing or future class member is in need of either or both of these treatment modalities, the BOP may not take those treatment options off the table while this dispute is pending.

In accordance with the Prison Litigation Reform Act, the Court finds that this preliminary injunction is narrowly drawn, extends no further than necessary to correct the harm that the Court finds requires preliminary relief, and is the least intrusive means necessary to correct that harm. 18 U.S.C. § 3626(a)(2). The Plaintiffs and the certified class have shown a substantial likelihood of success on their claims that Defendants' ban on gender-affirming healthcare and implementation

3

of Section 4(c) of the Executive Order as to them would be unlawful and is causing or will cause them immediate, irreparable harm. Because applying BOP's ban on gender-affirming healthcare and Section 4(c) to the Plaintiffs and the certified class would cause this serious and irreparable harm, a preliminary injunction is necessary to correct the harm and is the least intrusive means to do so. Furthermore, because this preliminary injunction only prevents the implementation of those sections of the Executive Order for which Plaintiffs have demonstrated a likelihood of success on the merits and irreparable harm, this injunction extends no further than necessary to correct the harm. Finally, this Court has considered any adverse impact on public safety or on the operation of the criminal justice system caused by this relief and has given substantial weight to such impacts. After this consideration, the Court concludes and finds that no adverse impact on public safety or the operation of the criminal justice system will result from maintaining the status quo while this litigation proceeds.

**IT IS SO ORDERED**.

Dated: _____ May 26 _____, 2026

_____
Hon. Royce C. Lamberth
United States District Judge

4

44