# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5181**  **September Term, 2025**

**1:25-cv-00691-RCL**

**Filed On:** May 30, 2026

Alishea Sophia Kingdom, Reg. No.
13131-089, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

**BEFORE:** Henderson, Pillard, and Walker, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal and administrative stay, it is

**ORDERED** that appellees file a response to the motion by 5:00 p.m. on Thursday, June 4, 2026. Any reply is due by 5:00 p.m. on Monday, June 8, 2026.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Lynda M. Flippin
     Deputy Clerk